UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 13

Michael Frank Schaller,                             Case No. 17-54117

    Debtor.                                         Hon. Phillip J. Shefferly
_____/

**O**RDER **D**ENYING **A**TTORNEY **F**EES

On November 15, 2018, Charles J. Schneider, P.C. ("Schneider") filed an application ("Application") (ECF No. 218) for attorney fees of $10,244.50 plus expenses. On December 18, 2018, the Court held a hearing on the Application. The Court granted $6,376.50 of attorney fees plus expenses, but took under advisement the remaining $3,868.00 of attorney fees requested in the Application. On February 4, 2019, the Court issued an Opinion Denying Attorney Fees ("Opinion") (ECF No. 241). In the Opinion, the Court denied the Application's request for the $3,868.00 of additional attorney fees. Accordingly, for the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Application's request for $3,868.00 of additional attorney fees is denied.

**Signed on February 04, 2019**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**

-2-